# Court of Appeals
# of the State of Georgia

ATLANTA,   June 12, 2014    

*The Court of Appeals hereby passes the following order:*

## A14A1802. MARY LOUISE DANIELS v. J. H. HARVEY CO., LLC d/b/a HARVEY'S SUPERMARKET.

Mary Louise Daniels filed a direct appeal from the trial court's order granting a motion in limine. In her notice of appeal, Daniels characterizes the order as one granting partial summary judgment. We, however, lack jurisdiction.

Court orders are construed according to the substance of the order rather than its nomenclature. See *Bobick v. Community & Southern Bank*, 321 Ga. App. 855, 859 (1) (743 SE2d 518) (2013). Here, the trial court's order is an evidentiary ruling rather than the grant of partial summary judgment. As such, the ruling may not be appealed directly. See *Forest City Gun Club v. Chatham County*, 280 Ga. App. 219, 222 (633 SE2d 623) (2006).[1] Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.

---

[1] In addition to filing this direct appeal, Daniels filed an interlocutory application from the trial court's ruling, which this Court denied on March 18, 2014. If the order had been directly appealable, we would have granted the interlocutory application under *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 06/12/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*